## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MAX WEINSTEIN, individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>    v.<br><br>SEATGEEK, INC.,<br><br>                     Defendant. | Civil Action No.: 9:25-cv-81314-EA<br><br>**JOINT STIPULATION TO STAY CASE PENDING MEDIATION** |

1

335492158 v1

Plaintiff Max Weinstein ("Plaintiff") and Defendant Seatgeek, Inc. ("Defendant") (together, the "Parties"), by and through undersigned counsel, stipulate that:

1.     On October 23, 2025, Plaintiff filed a Class Action Complaint (the "Complaint") against Defendant (ECF No. 1).

2.     On December 31, 2025, Defendant filed a Motion to Compel Arbitration (ECF No. 20), which is currently pending before the Court.

3.     On January 14, 2026, Plaintiff filed his opposition to Defendant's Motion to Compel Arbitration (ECF No. 28).

4.     On February 4, 2026, Defendant filed its reply in support of its Motion to Compel Arbitration (ECF No. 33).

5.     On February 26, 2026, Plaintiff filed a Motion to Strike in response to portions of Defendant's reply (ECF No. 34).

6.     On March 12, 2026, Defendant filed its response to Plaintiff's Motion to Strike (ECF No. 35).

7.     The Court has not yet ruled on Defendant's Motion to Compel Arbitration.

8.     In the interim, the Parties have agreed to participate in a mediation and have scheduled mediation to take place on May 27, 2026.

9.     In light of the scheduled mediation, which may result in a resolution of this matter in its entirety, the Parties respectfully request that the Court stay this action for ninety (90) days to allow the mediation to proceed, as well as any follow-up negotiations and potential settlement documentation.

10.    The Parties submit that a stay is warranted as it will conserve judicial resources and permit the Parties to focus their efforts on resolution. *See e.g. Chico v. Dunbar Armored,*

335492158 v1

*Inc.*, No. 17-22701-CIV, 2017 WL 4476334, at *3 (S.D. Fla. Oct. 6, 2017) (finding good cause to justify staying discovery to "allow the parties to mediate [the] case and conserve expenses for the benefit of both parties.").

11.     This stipulated stay pending mediation has no bearing on the substance of Defendant's Motion to Compel Arbitration (ECF No. 20), or on the Court's order bifurcating Defendant's response to the Complaint (ECF No. 27).

12.     On or before July 21, 2026, the Parties will submit a joint status report. In the event the mediation is unsuccessful, the Parties will jointly request the Court lift the stay and rule on Defendant's Motion to Compel Arbitration.

WHEREFORE, the Parties respectfully request that the Court stay all proceedings in the litigation pending the forthcoming mediation until such time as the Parties submit a joint status report on or before July 21, 2026 regarding the outcome of mediation.

Dated: April 27, 2026

| **BURSOR & FISHER, P.A.** | **BUCHANAN INGERSOLL & ROONEY PC** |
|---|---|
| By:     /s/ *Eleanor R. Grasso*<br>          Eleanor R. Grasso (FBN 1065456) | By:     */s/Jesse Stolow*<br>          Jesse Stolow (FBN 1035214) |
| 1330 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>Email:  egrasso@bursor.com | Hala A. Sandridge, FBN 454362<br>Truist Place<br>401 E. Jackson Street, Suite 2400<br>Tampa, FL 33602-5236<br>Telephone: (813) 222-8180<br>Facsimile: (813) 222-8189<br>Email: hala.sandridge@bipc.com |
| Philip L. Fraietta (*pro hac vice*)<br>50 Main Street, Suite 475<br>White Plains, NY 10606<br>Telephone: (914) 874-0710<br>Facsimile: (914) 206-3656<br>Email:  pfraietta@bursor.com | Jesse Stolow, FBN 1035214<br>One Biscayne Tower<br>Two South Biscayne Blvd., Suite 1500<br>Miami, FL 33131<br>Telephone: (305) 347-4085<br>Email: jesse.stolow@bipc.com |
| Stefan Bogdanovich (*pro hac vice*)<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455 | |

3

335492158 v1

Facsimile:  (925) 407-2700
E-mail:   sbogdanovich@bursor.com

*Attorneys for Plaintiff*

**COOLEY LLP**

Aarti Reddy*, CA Bar No. 274889
3 Embarcadero Center, Floor 20
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Email: areddy@cooley.com

Christopher Andrews*, NY Bar No. 5442355
55 Hudson Yards
New York, New York 10001-2157
Phone: (212) 479-6000
Email: candrews@cooley.com

*Admitted *Pro Hac Vice*

*Attorneys for Defendant*

4

335492158 v1