**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**CASE NO. 9:25-cv-81314-EA**

MAX WEINSTEIN, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.

SEATGEEK, INC.,

      Defendant.

_____/

## ORDER GRANTING JOINT STIPULATION TO STAY CASE

    **THIS CAUSE** comes before the Court upon the Parties' [36] Joint Stipulation to Stay Case

Pending Mediation, and the Court having considered the Stipulation and being otherwise fully

advised in the premises, it is hereby **ORDERED AND ADJUDGED**:

    1.    All proceedings in the litigation are hereby stayed pending conclusion of the
parties' forthcoming mediation.

    2.    The stay shall remain in effect for ninety (90) days from the date of this Order, or
until further Order of this Court, whichever occurs first.

    3.    On or before July 21, 2026, the Parties shall provide the Court with a joint status
report. If the mediation is unsuccessful, the Parties shall jointly request that the Court lift the stay
and rule on Defendant's Motion to Compel Arbitration.

    4.    In the event the Parties reach a settlement, they shall submit a proposed dismissal
or appropriate settlement documentation.

    5.    This stay is without prejudice to either Party's right to seek modification or
dissolution upon good cause shown.

    **ORDERED** in Chambers in West Palm Beach, Florida, this 1st day of May 2026.



_____
ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Philip L. Fraietta**
Bursor & Fisher, P.A.
50 Main Street, Suite 475
White Plains, NY 10606
Email: pfraietta@bursor.com

Stefan Bogdanovich
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
(925) 300-4455
Email: sbogdanovich@bursor.com

Eleanor Rose Grasso
Bursor and Fisher PA
1330 Avenue of the Americas
New York, NY 10019
Email: egrasso@bursor.com

Jesse Stolow
Buchanan Ingersoll and Rooney
2 South Biscayne Blvd, Suite 1500
Miami, FL 33131
Email: jesse.stolow@bipc.com

Aarti Reddy
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Email: areddy@cooley.com

Christopher M. Andrews
Cooley LLP
55 Hudson Yards
New York, NY 10001
Email: candrews@cooley.com

Hala A Sandridge
Fowler White Boggs P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Email: hala.sandridge@bipc.com